

| Robert Lowney<br>Chief, CSO - Programs Division | **CENTRAL VIOLATIONS BUREAU**<br>**P.O. Box 780549**<br>**San Antonio, TX 78278** | Ted C. Willmann<br>Branch Chief<br><br>(800) 827-2982<br>FAX: (210) 301-6401 |
|---|---|---|

The following has been received at the Central Violations Bureau and is being forwarded to your court for further action. If you have any further questions, please call (800) 827-2982, ext

**District:** NEBRASKA

**Location Code:** NE14    **Citation Number(s):** 6483826

| | | |
|---|---|---|
| OMAH | **Hearing Site** | The location where the citation is scheduled. |
| 03/27/2018 | **Ticket/Docket Date** | The date the citation is scheduled for court. |
| | **Protest** | The defendant is requesting a court date to protest the citation. |
| | **Correspondence** | The defendant is providing correspondence for the court to consider regarding the citation. |
| | **Miscellaneous** | See Remarks Section |

**Remarks:**

Agency request for void of citation(s).

Attempted to mail citation to defendant (USPS certified mail) It was retuned.

| | Refund Approved | | 03/03/2018 |
|---|---|---|---|
| X | Void/Dismissal Approved | DEPUTY CHIEF GINO RODEGH<br>SYSTEM GENERATED | Date |

Further action to be taken by CVB or Agency, please specify:

Ordered this  6th  Day of  March  20 18   s/ Susan M. Bazis        67bg
                                          U.S. Magistrate Judge    Judge Code

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY